**Theresa Vivian TONASKET, Appellant,**

v.

**Anthony Lynn TONASKET,
Respondent.**

**No. WD 71889.**

Missouri Court of Appeals,
Western District.

Sept. 14, 2010.

James O. Swaney, for Appellant.

Sandra G. Hessenflow, for Respondent.

Before Division Three: VICTOR C. HOWARD, Presiding Judge, THOMAS H. NEWTON, Judge and GARY D. WITT, Judge.

## ORDER

PER CURIAM:

Theresa Tonasket appeals the judgment of the trial court modifying a dissolution decree. In several points on appeal, she challenges the court's determinations regarding visitation, child support, and attorney fees. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment of the trial court is affirmed. Rule 84.16(b).